Note is taken of the fact that the prosecutrix was permitted to testify, without objection, as follows:

"I called the police and told them a man tried to pick us up, and I described him, and told what the car license was."

■ It appears that proof of the same fact to which appellant was objecting had been introduced without objection from another source, rendering the objection without merit. Moreover, what the prosecutrix told her mother did not tend to show appellant guilty of the offense charged. Prosecutrix did not say, in that connection, that he exposed his person to her, which was the offense and only offense for which he was upon trial.

We are unable to reach the conclusion that reversible error is reflected.

The judgment is affirmed.

No appearance for appellant.

Dan Walton, Dist. Atty., Eugene Brady, Asst. Dist. Atty., Thomas D. White, Asst. Dist. Atty., Houston, Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is rape; the punishment, 5 years in the penitentiary.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.